No. 333. BUTLER ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari denied. MR. JUSTICE WHITE took no part in the consideration or decision of this petition. *Francis Breidenbach* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 17, Misc. WALKER v. WAINWRIGHT, CORRECTIONS DIRECTOR. Supreme Court of Florida. Certiorari denied. Petitioner *pro se. Richard W. Ervin,* Attorney General of Florida, and *James G. Mahorner,* Assistant Attorney General, for respondent.

No. 19, Misc. HUDSPETH v. COLORADO. Supreme Court of Colorado. Certiorari denied. Petitioner *pro se. Duke W. Dunbar,* Attorney General of Colorado, *Frank E. Hickey,* Deputy Attorney General, and *George W. Nicastro,* Special Assistant Attorney General, for respondent.

No. 22, Misc. McDONALD v. BENNETT, WARDEN. Supreme Court of Iowa. Certiorari denied. Petitioner *pro se. Evan Hultman,* Attorney General of Iowa, for respondent.

No. 23, Misc. HORNE v. VIRGINIA. Supreme Court of Appeals of Virginia. Certiorari denied. Petitioner *pro se. Reno S. Harp III,* Assistant Attorney General of Virginia, for respondent.

No. 24, Misc. MOODY v. ALABAMA ET AL. Supreme Court of Alabama. Certiorari denied. Petitioner *pro se. Richmond M. Flowers,* Attorney General of Alabama, and *Paul T. Gish, Jr.,* Assistant Attorney General, for respondents.